UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARIAS VALENZUELA EDWARD
MANFREDO (A# 216-102-056),

Petitioner,

v.

WARDEN,

Respondent.

No.  1:26-cv-01249 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 2, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 18) are adopted in full.

2.    Petitioner Carias Valenzuela Edward Manfredo's (A# 216-102-056) application for a writ of habeas corpus (ECF No. 1) is DENIED.

3.    Petitioner's motions to appoint counsel (ECF No. 3, 17) and motion for a temporary restraining order (ECF No. 19) are DENIED as moot.

4.    The Clerk of Court is directed to enter judgment in favor of Respondent and to close this case.

IT IS SO ORDERED.

Dated:    **April 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2